Jesus ESCOBAR–GRIJALVA,
Petitioner,

v.

**IMMIGRATION AND
NATURALIZATION SERVICE,**
Respondent.

No. 98–71469.

United States Court of Appeals,
Ninth Circuit.

June 20, 2000.

Before: PREGERSON, NOONAN, and O'SCANNLAIN, Circuit Judges.

ORDER

The opinion filed on March 24, 2000 is amended as follows:

Slip opinion, p. 3469, sec. [4]. After ¶ 1 [206 F.3d at 1335, following the fifth paragraph], add:

The INS contends that Escobar did not raise the denial of her statutory right to counsel in a timely fashion. But her claim of counsel so ineffective in assisting her that it deprived the administrative proceeding of due process encompassed the denial of the statutory right; the latter denial was the foundation of what followed. We decide the appeal on this narrower, statutory basis. *See Rios–Berrios v. INS,* 776 F.2d 859, 862 (9th Cir.1985).